IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 7:21CR36 |
| | ) | |
| v. | ) | Case No.: ~~7:20-CR-00069~~ |
| | ) | |
| WASIL RAFAT FAROOQUI | ) | |

## JOINT FACTUAL STIPULATION

1. At all times relevant, the defendant, Wasil Rafat Farooqui ("Farooqui"), was a resident of Roanoke, Virginia.

2. On March 30, 2016, Farooqui was interviewed by Special Agents of the Federal Bureau of Investigation (the "FBI") regarding, among other things, his international travel to Turkey, near the border of Syria, and whether he had carried with him or abandoned any of his identification documents, including his Virginia driver's license, when he boarded a flight to Turkey on March 28, 2016. Farooqui denied such activity.

3. Specifically, the following statements by Farooqui **(in bold)** were false:

Q:   . . . [Y]ou didn't take [your driver's license] with you?

A:   **No.**

Q:   [Before your flight left police] took a picture of you. They also took a picture of your driver's license?

A:   **Yeah.**

Q:   Did you then go back to your car and put it there?

A:   **[Y]eah, I, I went, I went back to my car and I got my other ticket from Gaziantep and then boarded the plane.**

. . .

1

Q:      What other stuff did you have in the car?

A:      . . . ah, license because I knew I was going across the sea. I'm not taking that, I'm not taking my driver's license with me. So, I left it back in the car.

3.   At the time of the interview, Farooqui knew that in truth and in fact, he did not return to his car and had not left his driver's license in his car before he traveled to Turkey.

4.   The FBI is an agency of the executive branch of the Government of the United States. On March 30, 2016 at the time of Farooqui's interview, the FBI's Roanoke Resident Agency was investigating a matter within the jurisdiction of the Government of the United States. Farooqui's knowingly and willfully false statements made to the FBI, highlighted above, were material to that investigation.

5.   Roanoke, Virginia is within the Western District of Virginia.

Respectfully submitted this 20th day of September, 2021.

Daniel P. Bubar
ACTING UNITED STATES ATTORNEY

s/Daniel P. Bubar
Acting United States Attorney
Illinois Bar No. 6282587
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250

SEEN AND AGREED:

Wasil Rafat Farooqui
The Defendant

Seth Weston, Esq.
Counsel for the Defendant