IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 7:21-cr-00036 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| WASIL RAFAT FAROOQUI, | ) | United States District Judge |
| Defendant. | ) | |

**ORDER**

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and proposing findings of fact and a recommendation as to the acceptance of such plea.  The Magistrate Judge filed a report and recommendation on September 28, 2021, recommending that the defendant's plea of guilty as to Count One of the Information be accepted.  (Dkt. No. 14.)  No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.  Accordingly, it is ORDERED that the report and recommendation, and the findings contained therein, are ADOPTED, defendant's plea of guilty to Count One of the Information is ACCEPTED, and the defendant is adjudged GUILTY of the offense charged in Count One of the Information.  The plea agreement is taken under advisement.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: October 26, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge