Case No. 7:21-CR-00036

EXHIBIT 1
To Defendant's Sentencing Memorandum

SEALED EXHIBIT